Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail:  young_rohlfing.office@speakeasy.net

Attorneys for Plaintiff
KA MOUA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KA MOUA, | Case No.: 1:09-cv-01497 JLT |
| Plaintiff, | ORDER DISMISSING CASE PURSUANT TO STIPULATION |
| vs. | (Doc. 12) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Dismiss, IT IS HEREBY ORDERED that the court dismiss the above matter with prejudice, each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

Dated: **April 5, 2010**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

-1-